Submitted on appellant's brief October 16, affirmed November 20, petition for rehearing denied December 4, 1957

## SHEVAR *v.* THOMAS
318 P. 2d 310

Geo. T. Cochran and Ross Hearing, La Grande, filed a brief for appellant.

No appearance was made by respondent.

PER CURIAM.

The defendant appeals from the judgment rendered against him in an action at law based on the verdict of the jury.

The appellant's brief shows an almost total disregard of Rule 16 of this Court, and for this reason we decline to consider the appeal.

Judgment affirmed.